IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| QUENTIN BIVINS, § | |
| Movant, § | |
| § | |
| v. § | Civil No. 3:16-CV-1697-D |
| § | (Criminal No. 3:10-CR-304-D-1) |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## ORDER

The United States Magistrate Judge made her findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore ordered that the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is granted, that the judgment in the underlying criminal case is vacated, and that movant be resentenced without the Armed Career Criminal Act enhancement.

**SO ORDERED**.

January 29, 2019.

SIDNEY A. FITZWATER
SENIOR JUDGE